01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  UNITED STATES OF AMERICA,           )   CASE NO. MJ 09-529
                                        )
09          Plaintiff,                  )
                                        )
10          v.                          )
                                        )   DETENTION ORDER
11  MICHAEL ANTHONY SANTOS,             )
                                        )
12          Defendant.                  )
    _____ )

13

14  Offense charged:    Felon in Possession of a Firearm and Ammunition

15  Date of Detention Hearing:    October 19, 2009

16       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably assure

19  the appearance of defendant as required and the safety of other persons and the community.

20       FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21       (1)    Defendant is charged with unlawful possession of a semi-automatic pistol and

22  ammunition, after having been convicted of crimes that prohibit him form possessing firearms

DETENTION ORDER                                                                    15.13
18 U.S.C. § 3142(i)                                                            Rev. 1/91
PAGE 1

01 or ammunition.

02 (2) Defendant was not interviewed by Pretrial Services. Much of his background

03 information is unknown or unverified. His criminal history includes multiple failures to appear

04 for hearing with resultant bench warrant activity, and prior firearms charges. He is on active

05 supervision with the Washington State Department of Corrections. He does not contest

06 detention.

07 (3) Defendant poses a risk of nonappearance due to unknown or unverified

08 background information, a significant history of failing to appear, a history of failing to comply

09 with court orders/supervision and a pending Attempt to Elude charge. He poses a risk of danger

10 due to alleged gang activity, the nature of the charges, his status on active court supervision, a

11 history of failing to comply with court orders and criminal history.

12 (4) There does not appear to be any condition or combination of conditions that will

13 reasonably assure the defendant's appearance at future Court hearings while addressing the

14 danger to other persons or the community.

15 It is therefore ORDERED:

16 (1) Defendant shall be detained pending trial and committed to the custody of the

17 Attorney General for confinement in a correction facility separate, to the extent

18 practicable, from persons awaiting or serving sentences or being held in custody

19 pending appeal;

20 (2) Defendant shall be afforded reasonable opportunity for private consultation with

21 counsel;

22 (3) On order of a court of the United States or on request of an attorney for the

DETENTION ORDER                                                                                15.13
18 U.S.C. § 3142(i)                                                                       Rev. 1/91
PAGE 2

01    Government, the person in charge of the corrections facility in which defendant

02    is confined shall deliver the defendant to a United States Marshal for the purpose

03    of an appearance in connection with a court proceeding; and

04    (4)    The clerk shall direct copies of this Order to counsel for the United States, to

05           counsel for the defendant, to the United States Marshal, and to the United States

06           Pretrial Services Officer.

07    DATED this 19th day of October, 2008.

08

09                                    _____
                                      Mary Alice Theiler
                                      United States Magistrate Judge
10

11

12

13

14

15

16

17

18

19

20

21

22